# RECORD UNDER SEAL

KEVIN BARNETT, DEBTOR                                    CASE NO. 07-02299-NPO

EDW INVESTMENTS, LLC, AND
EDWIN WELSH                                                                    PLAINTIFFS

vs                                                                      Adv. Proc. 08-00086-NPO

KEVIN BARNETT AND
DEREK HENDERSON, TRUSTEE                                          DEFENDANTS

MEMORANDUM OPINION AND ORDER ON MOTION FOR
DECLARATORY RELIEF, INJUNCTIVE RELIEF, CIVIL CONTEMPT,
AND OTHER RELIEF; KEVIN BARNETT'S CROSS-MOTION FOR
DECLARATORY RELIEF, AND OTHER RELIEF; PLAINTIFFS' AMENDED
MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF PARTIAL
SUMMARY JUDGMENT; AND PLAINTIFFS' MOTION AND INCORPORATED
MEMORANDUM TO DISMISS, IN PART, CERTAIN CLAIMS OF DEBTOR
BARNETT FOR LACK OF SUBJECT MATTER JURISDICTION


RECORD UNDER SEAL PER ENTRY NO. 161, DATED 03/27/18