# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| KEVIN BARNETT | CASE NO. 07-02299-NPO |
| | CHAPTER 7 |

---

| | |
|---|---|
| EDW INVESTMENTS, LLC and EDWIN WELSH | PLAINTIFFS |
| VS. | ADVERSARY PROCEEDINGS NO.: 08-00086-NPO |
| KEVIN BARNETT | DEFENDANT |

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS, that **EDW INVESTMENTS, LLC AND EDWIN WELSH**, are the holders of that certain Agreed Nondischargeable Judgment in the amount of $70,000.00 against **KEVIN BARNETT**, duly filed with the United States Bankruptcy Court for the Southern District of Mississippi in Adversary No. 08-00086-NPO on January 14, 2010.

NOW, THEREFORE, said Judgment having been **SATISFIED** by having been paid, **EDW INVESTMENTS, LLC AND EDWIN WELSH** do hereby **RELEASE** of record said Judgment referred to above against **KEVIN BARNETT**.

IN WITNESS WHEREOF, EDW Investments, LLC and Edwin Welsh, have caused this instrument to be properly executed this the 16th day of May 2018.

This the 16th day of May 2018.

Respectfully Submitted,

*C. Victor Welsh, III*

C. Victor Welsh, III (MSB #7107)
*Attorney for Plaintiffs*
*EDW Investments, LLC and Edwin Welsh*

**OF COUNSEL:**
Pittman, German, Roberts & Welsh, L.L.P.
P.O. Box 22985
Jackson, MS 39225-2985
T:  (601) 948-6200
F:  (601) 948-6187
cvw@pgrwlaw.com

2

## CERTIFICATE OF SERVICE

I, C. Victor Welsh, III do hereby certify that I have this date delivered, via this Court's CM/ECF filing system, a true and correct copy of the above pleading to all counsel of record:

This the 17th day of May 2018.

_/s/ C. Victor Welsh, III_
OF COUNSEL